State v. St. John

On 27 October 1972 Judge Braswell found that defendant had failed to make certain monetary payments required by the probationary judgment; that defendant was convicted on 19 September 1972 of temporary larceny of an automobile; and that defendant was convicted on 26 September 1972 of driving a motor vehicle without an operator's license. Judge Braswell found that defendant had thereby wilfully and without lawful excuse violated the terms and conditions of the probationary judgment. The defendant's probation was revoked and commitment was issued to place the 27 September 1971 sentences into effect. Defendant appealed to this court.

*Attorney General Morgan, by Associate Attorney General Heidgerd, for the State.*

*A. B. Harrington III for the defendant.*

---

STATE OF NORTH CAROLINA v. LARKIN MONROE ST. JOHN

No. 7315SC90

(Filed 14 March 1973)

**Automobiles § 126; Criminal Law § 34— driving under the influence, second offense — evidence of prior convictions admissible**

In a prosecution charging defendant with driving under the influence, second offense, and operating a motor vehicle without first being licensed by the State Department of Motor Vehicles, there was

no error in allowing the State to introduce evidence of defendant's prior conviction and permitting the solicitor to read to the jury the warrant which alleged the prior convictions.

APPEAL by defendant from *Cooper, Judge,* 7 August 1972 Session of Superior Court held in ALAMANCE County.

Defendant, Larkin Monroe St. John, was charged in a warrant, proper in form, with operating a motor vehicle (1) while under the influence of intoxicating liquor, second offense, and (2) without first being licensed by the North Carolina Department of Motor Vehicles. Defendant pleaded not guilty and was found guilty as charged. From a judgment imposing a prison sentence of six months on each count charged in the warrant, defendant appealed.

*Attorney General Robert Morgan and Assistant Attorneys Genaral William W. Melvin and William B. Ray for the State.*

*Latham, Pickard, Cooper and Ennis by M. Glenn Pickard for defendant appellant.*

HEDRICK, Judge.

The record contains no exceptions or assignments of error. The following appears in the record as appellant's statement of case on appeal.

"I have made a study of this record, and I am unable to find any error save the very severe procedure which allows the State to introduce evidence of the defendant's prior conviction and to permit the Solicitor to read to the jury the warrant which alleged the prior convictions."

The procedure complained of was approved and held to be without error in the case of *State v. Owenby,* 10 N.C. App. 170, 177 S.E. 2d 749 (1970).

We have carefully examined the record and find no error on the face thereof. The defendant had a fair trial free from prejudicial error.

No error.

Judges CAMPBELL and GRAHAM concur.